IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MMICHAEL ALLEN QUIGGLE** | : | CIVIL ACTION NO. 1:11-CV-652 |
| | : | |
| Petitioner | : | (Chief Judge Kane) |
| | : | (Magistrate Judge Smyser) |
| v. | : | |
| | : | |
| **SUPERINTENDENT COLEMAN,** | : | |
| **SCI-FAYETTE** | : | |
| | : | |
| Respondents | : | |

## O R D E R

Before the Court in the above-captioned action is a April 26, 2011 report of the Magistrate Judge.   No timely objections have been filed.

**AND NOW**, upon review of the record and the applicable law,  **IT IS HEREBY ORDERED THAT:**

1)  The Court adopts the report and recommendation of Magistrate Judge Smyser.

2)  The Petitioner's Petition for Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED** without prejudice.

3)  The Clerk of Court shall close the file.

*S/ Yvette Kane*
YVETTE KANE, Chief Judge
United States District Court
Middle District of Pennsylvania

Dated: May 18, 2011